JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ARTURO CANO, | ) | Case No. SACV 08-684-CJC (OP) |
| | ) | |
| Petitioner, | ) | J U D G M E N T |
| | ) | |
| vs. | ) | |
| | ) | |
| JAMES D. HARLEY, | ) | |
| | ) | |
| Respondent. | ) | |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that Judgment be entered: (1) approving and adopting this Report and Recommendation; (2) granting Respondent's Motion to Dismiss the Petition; and (3) directing that Judgment be entered dismissing this action with prejudice as untimely.

DATED: November 21, 2008

HONORABLE CORMAC J. CARNEY
United States District Judge

Prepared by:

HONORABLE OSWALD PARADA
United States Magistrate Judge